No. 3915.—STATE ex rel. F. A. LULING *v.* JUDGE FOURTH JUDICIAL
DISTRICT COURT, Parish of St. Charles.

Where the return day for an appeal has been inadvertently fixed on a non-judicial day
(Sunday) the appellant is entitled to the whole of the next day to file his appeal.
A transcript of appeal is considered as filed in the appellate court from the moment that
it has been deposited with the clerk, although the formal indorsement thereon was
not written until the following day.

APPEAL from the Fourth District Court, parish of St. Charles.
*W. O. Denegre,* for relator. *R. Beauvais,* Judge, for respondent.

WYLY, J. This is a proceeding by mandamus to compel the Judge
of the Fourth District Court, parish of St. Charles, to execute a judg-
ment, on the ground that the appellant had failed to file the transcript
of appeal within the legal delay.

It appears that the return day, as extended, was the twenty-eighth
of February, which was Sunday. The next day, between six and
half-past six in the evening, the attorney of the appellant deposited
in the clerk's office the transcript, but the clerk being absent the
filing was not indorsed thereon till the succeeding day.

The transcript being deposited in the proper office, within office
hours, must be regarded as filed, although the formal indorsement
thereof was not written till the next day.

The return day occurring on Sunday, we think the appellant was
entitled to the whole of the next day to file his appeal.

In view of the facts stated, we think the judge did not err in declin-
ing to execute the judgment pending on a suspensive appeal in this
court.

Let the mandamus be disallowed and the petition be dismissed at
the cost of the relator.